■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEMAR TURNER, Appellant. [836 NYS2d 481]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered October 13, 2005. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Lunn, Green and Pine, JJ.